# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-18-00703-CR

**Veronica Ann Arroyo, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
## NO. C-17-0314-SB, THE HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due November 28, 2018.  On counsel's motion, the time for filing was extended to March 11, 2019.  Appellant's counsel has now filed a second motion, requesting that the Court extend the time for filing appellant's brief.  We grant in part the motion for extension of time and order appellant to file a brief no later than April 15, 2019.  No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on March 15, 2019.

Before Chief Justice Rose, Justices Kelly and Smith

Do Not Publish